UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Evangelos D Axarlis
                            Plaintiff,

v.                                                   Case No.: 1:16–cv–01914
                                                                Honorable Sidney I. Schenkier

BMO Harris Bank N.A., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report that the case is now settled. Plaintiff's unopposed oral motion for approval of settlement is granted. The Court finds the settlement to be fair, reasonable, and adequate and therefore gives approval to it. The case is hereby dismissed with prejudice and with each side to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.